UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DANIEL CROWL, ADMINISTRATOR OF
THE ESTATE OF DEREK CROWL,
                    Plaintiff,


v.                                                              CIVIL ACTION
                                                                NO.  08-10022-MBB


M. CHIN REALTY TRUST,
GATEWAY REAL ESTATE GROUP, INC.,
GATEWAY PROPERTY MANAGEMENT, LLC
And JEREMY MACIEJEWSKI,
                    Defendants,


v.


JEREMY MACIEJEWSKI,
          Defendant/Third-Party Defendant.


## ORDER OF DISMISSAL

April 7, 2010


**BOWLER, U.S.M.J.**

          This court having been advised that the above-entitled action has been settled;

          It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within SIXTY (60) days if the

settlement is not consummated.


                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge